CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 2 2 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **STANLEY LEMECH PETTY, JR.,** | ) | |
| Petitioner, | ) | **Civil Action No. 7:05CV00206** |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | **FINAL ORDER ADOPTING REPORT** |
| | ) | **AND RECOMMENDATION** |
| **B. A. BLEDSOE, WARDEN, and the** | ) | |
| **UNITED STATES PAROLE** | ) | |
| **COMMISSION, et al.,** | ) | **By: Samuel G. Wilson** |
| Respondents. | ) | **United States District Judge** |

Stanley Lemech Petty, Jr., brings this 28 U.S.C. § 2241 action, claiming that the United States Parole Commission has violated his constitutional rights with regard to his sentence. The respondents have filed a motion to dismiss, and the petitioner has filed a motion to voluntarily dismiss. The court referred the matter to the United States Magistrate Judge, who entered a Report and Recommendation pursuant to 28 U.S.C. § 636(b), recommending that the court dismiss Petty's suit. The ten days allotted under § 636(b) for the parties to object to the findings and recommendations in the Magistrate Judge's Report have not expired; however, because Petty has moved to voluntarily dismiss, the court treats the Report and Recommendation as a motion for voluntary dismissal, which the court grants.

Thus, it is hereby **ORDERED** and **ADJUDGED** that Petty's motion for voluntary dismissal is **GRANTED**. This matter is stricken from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order to the plaintiff and to the counsel for defendants.

**ENTER**: This 22ⁿᵈ day of August, 2005.

_____

UNITED STATES DISTRICT JUDGE